DANIEL C. OTIS, Appellant, *v.* ALBERT G. GRAHAM, Respondent.

Order changing place of trial affirmed, with costs and disbursements.

Opinion by Dykman, J.; Barnard, P. J., not sitting.

---

WILLIAM DONALDSON, Respondent, *v.* WILLIAM FAXON and others, Appellants.

Order referring action reversed, with costs and disbursements.

Opinion by Barnard, P. J.

---

In the Matter of the Application of the PROSPECT PARK & CONEY ISLAND RAILROAD COMPANY, to acquire title to lands, &c.

Order affirmed, with costs and disbursements.

Opinion by Gilbert, J.; Barnard, P. J., not sitting.

---

WILLIAM P. ROOME and others, Appellants, *v.* THOMAS M. RILEY, Sheriff, &c., Respondent, Impleaded with HAMILTON FLETCHER.

Judgment reversed, and new trial granted; costs to abide event.

Opinion by Barnard, P. J.

---

ELLEN L. WALLACE, Plaintiff and Respondent, *v.* JOHN HANNA and another, as Executors, &c., Defendants.

WILHELMINA SCHENCK, Purchaser, Appellant.

Order affirmed, with $10 costs and disbursements.

Opinion by Gilbert, J.

---

BARCLAY C. MONROE, Respondent, *v.* WILLIAM H. CONKLIN and others, Commissioners of Highways, &c., Appellants.

Judgment reversed, and new trial granted at Circuit; costs to abide event. Order of reference vacated.

Opinion by Barnard, P. J.